IS IT POSSIBLE
TO HAVE THIS
HANDWRITING
TRANSLATED ?
( ON DC-141 PART 2B
DATED 9-24-03 FROM
HEARING EXAMINER
(EERSON)

CAN WE LOOK AT THE

CAN WE LOOK AT THE
CHAIN OF COMMAND
IN SCI THAT
WAS PRESENTED IN
OPENING REMARKS?

LIKE A FLOW CHART.