# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

ANDRE JACOBS

VS                                    No. 04-1366 _____ CIVIL

PENNSYLVANIA DEPARTMENT

OF CORRECTIONS, et al.

Time for Selection:      10:00 AM

Date:          November 3, 2008

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | 03  Pamela Ouzts | 10 | 69 Thomas Reiff   P 3 |
| 2 | 18 Robert Henderson   D - 4  46 | 11 | 25 Nona McCown   A - 3 |
| 3 | 37 Christine Calabro   D - 1  46 | 12 | 53 Paul Morrow   P - 2 |
| 4 | 2 Joseph Born | 13 | 56 Tammy Crookston |
| 5 | 15 Karla Gorgas | 14 | 46 Leslie Wilharm |
| 6 | 43 Rodney Vandruff | 15 | 45 Daniel Powers   D - 2 |
| 7 | 62 Michael Kearns | 16 | 47 Jeremy Cox |
| 8 | 49 Robert Bowser   3 - 1  47 | | |
| 9 | 89 Charles DeNoble, Jr.   P 4 | | |

## WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## CLERK'S MEMORANDUM

| | | | | |
|---|---|---|---|---|
| Civil Number | 04-1366 | | Case closed | November 18, 2008 |
| Before Judge | Joy Flowers Conti | | Judge Charges Jury | November 18, 2008 |
| Appears for Pltf. | Andre Jacobs | | Jury Retires | 2008 |
| | | | Verdict | November 24 2008 |

Verdict for plaintiff with respect to the conspiracy and defamation claims against defendant Giddens. Verdict for plaintiff with respect to the retaliation claims against defendants McConnell, Scire and Giddens. Defense verdict with respect to all other defendants and claims.

| | | | |
|---|---|---|---|
| Appears for Deft. | Robert A. Willig | | |
| | Scott A. Bradley | | |
| Appears for 3rd pty. | | | |

| | | | | |
|---|---|---|---|---|
| Pltf. opens | November 4, | 2008 | Bailiff in Charge/Law Clerk | M. Fergus |
| Pltf. rest | November 6, | 2008 | Court Reporter | V. Pease |
| Pltf. close | November 18 | 2008 | Deputy Clerk | S. Conley |
| Deft. opens | November 6, | 2008 | | |
| Deft. rest | | 2008 | | |
| Deft. close | November 18 | 2008 | | |

### JURY

1. Pamela Ouzts
2. Tammy Crookston
3. Leslie Wilharm
4. Joseph Born
5. Karla Gorgas
6. Rodney Vandruff
7. Michael Kearns
8. Jeremy Cox

### TRIAL MOTIONS

Motion for Judgment as a matter of law filed by defendants at the close of plaintiff's case in chief November 6, 2008. The court deferred ruling until after verdict.

### TRIAL MEMORANDUM

#### Dates of Trial

| | | |
|---|---|---|
| Trial Opens | November 3, | 2008 |
| Continues | November 4, | 2008 |
| Continues | November 5, | 2008 |
| Continues | November 6, | 2008 |
| Continues | November 10, | 2008 |
| Continues | November 13 | 2008 |
| Continues | November 17 | 2008 |
| Continues | November 18 | 2008 |
| Continues | | 2008 |
| Continues | | 2008 |
| Continues | | 2008 |
| Continues | | 2008 |
| Continues | | 2008 |
| Continues | | 2008 |
| Trial closed | November 18 | 2008 |
| Verdict | November 24 | 2008 |

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

ANDRE JACOBS

vs      No. 04-1366      CIVIL

PENNSYLVANIA DEPARTMENT

OF CORRECTIONS, et al.

Time for Selection:    10:00 AM

Date:    November 3, 2008

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## WITNESSES

| | PLAINTIFF | | DEFENDANT |
|---|---|---|---|
| 1 | Elizabeth Springer 11/5/2008 10:00 am - 10:45 am | 1 | Shelley Mankey 11/5/2008 4:15 p.m. - 4:45 p.m.; 11/6/2008 |
| 2 | Andre Jacobs 11/5/2008 11:00 am - 12:30 pm | 2 | Charles Simpson 11/6/2008 2:45 p.m. - 3:25 p.m. |
| 3 | Eric Lyons 11/5/2008 2:00 pm - 3:45 pm | 3 | Michael Ferson 11/6/2008 3:50 p.m. - 4:50 p.m. |
| 4 | Michael Edwards 11/6/2008 9:50 am - 10:35 am | 4 | Jeffrey Beard 11/10/08 10:00 am - 10:45 am |
| 5 | Gary Banks 11/6/2008 1:40 p.m. - 2:15 p.m. | 5 | David McCoy 11/10/08 10:45 am - 11:05 am |
| | | 6 | Kristen Reisinger 11/10/08 11:05 am - 12:30; 2:00 pm - 2:40 pm |
| | Rebuttal | 7 | Robert Bitner 11/10/08 2:40 pm |
| 1 | Purcell Bronson | 8 | Gregory Giddens 11/10/08 3:10 pm - 11/13/08 11:12 am |
| | | 9 | Frank Chirico 11/13/08 11:12 |
| | | 10 | Thomas McConnell 11/13/08 |
| | | 11 | Andre Jacobs 11/17/08 9:45 am |
| | | 12 | William Stickman 11/17/08 1:45 pm |
| | | | |