✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Western | DISTRICT OF | Pennsylvania |

ANDRE JACOBS

V.

PA DEPARTMENT OF CORRECTIONS et al

**EXHIBIT AND WITNESS LIST**

Case Number:  04-1366

| PRESIDING JUDGE Joy Flowers Conti | PLAINTIFF'S ATTORNEY Andre Jacobs, Pro Se | DEFENDANT'S ATTORNEY Robert A. Willig, Scott A. Bradley |
|---|---|---|
| TRIAL DATE (S) 11/3/08 | COURT REPORTER V. Pease | COURTROOM DEPUTY S. Conley, M. Fergus |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/5/08 | | yes | Official Inmate Grievance, Grievance Number 63417, dated 9/29/2003 |
| 2 | | 11/5/08 | | yes | Official Inmate Grievance, Initial Review Response, dated 10/3/2003 |
| 3 | | 11/5/08 | | yes | Inmate's Request to Staff Member, dated 9/15/2003 |
| 4 | | 11/5/08 | | yes | Letter to Superintendent, dated 10/7/2003 |
| 5 | | 11/5/08 | | yes | Letter from Superintendent regarding Appeal Grievance #63417, dated 10/17/2003 |
| 6 | | 11/5/08 | | yes | Confiscated Item Receipt and DC-ADM 801, dated 9/15/2003 |
| 7a | | 11/5/08 | | yes | Misconduct Report, dated 9/16/2003 |
| 7b | | 11/5/08 | | yes | Confiscated Item Receipt, dated 9/16/2003 |
| 8 | | 11/5/08 | | yes | Official Inmate Grievance, Grievance Number 58710, dated 8/4/2003 |
| 9 | | 11/5/08 | | yes | Official Inmate Grievance, Initial Review Response, dated 9/11/2003 |
| 10 | | 11/5/08 | | yes | Civil Docket for Case #02-1073, Jacobs v. Heck, et al |
| 11 | | 11/5/08 | | yes | Dauphin County, ROA Report, Case: 2439-CR-1997 |
| 12 | | 11/5/08 | | yes | Dauphin County, ROA Report, Case: 3463-CR-1997 |
| 13 | | 11/5/08 | | yes | Letter from Teri Himebaugh, dated 4/16/2007 |
| 14 | | 11/5/08 | | yes | Eastern State School and Hospital, Psychiatric Report, dated 8/3/1995 |
| 15 | | 11/5/08 | | yes | Objection to Report and Recommendation, dated 10/3/2003 |
| 16 | | 11/5/08 | | yes | Informal Resolution Action Form, dated 9/23/2003 |
| 15b | | 11/6/08 | | yes | Misconduct Hearing Appeal, dated 9/24/2003 |
| 16b | | 11/6/08 | | yes | Hearing Supplement, Inmate Version and Witness Statements |
| 17 | | | | yes | DC-141 Jacobs 9-16-03 |
| 18 | | | | yes | Code of Ethics DC-174 |
| 19 | | | | yes | Def response to Plaint First request for Admissions to Defendant Simpson |
| | A | | | yes | Dauphin county-Criminal Division 1997 - Jacobs |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

|  | B |  |  | yes | Supplemental complaint 02-1703 |
|---|---|---|---|---|---|
|  | C |  |  | yes | DC 141 Part 3 Jacobs 10/1/03 |
|  | D |  |  | Yes | DC 141 Part 2B Jacobs   9/24/03 |
|  | E | 11/10/08 |  | yes | Appeal to final review - November 4, 2003 - signed by Kristin Reisinger |
| 20 |  | 11/10/08 |  | yes | Letter to Jacobs (Answer) - 11/4/2003 Final Review Greievance # 58710 |
| 21 |  | 11/10/08 |  | yes | Final Grievance Appeal # 58710 |
| 24 |  | 11/10/08 |  | yes | Plaintiff's Interrogatories and Request for Production of documents |
| 25 |  | 11/10/08 |  | yes | Defendant's Response to Plaintiffs First Set of Admission to Defendant Giddens |
| 26 |  |  |  | yes | Bulletin Inmate Discipline 10-4-01 |
| 27 |  | 11/13/08 |  | yes | Written Deposition of Defendant Gregory Giddens |
| 28 |  | 11/13/08 |  | yes | Policy Statement DC-ADM-007   June 28, 1999 |
| 29 |  | 11/13/08 |  | yes | Defendant's Response to Plaintiff's First Set of Admissions to Defendant McConnell |
| 23 |  | 11/13/08 |  | yes | Def response to plaint  interrogatories Ferson, Simpson, McCoy, Lynch, Bittner, Mankey |
| 22 |  |  |  | yes | Memo acknowledging receipt of Appeal A3A1006 |
| 30 |  |  |  | yes | LDC 135A    "Security Dept" |
|  | F | 11/17/08 |  | yes | Reports and Reccomendations and Orders |
|  | G | 11/17/08 |  | yes | Reports and Reccomendations and Orders |
|  | H | 11/17/08 |  | yes | Reports and Reccomendations and Orders (RE: Docket 85) |
|  | I | 11/17/08 |  | yes | Reports and Reccomendations and Orders    (RE:  Docket 90) |
|  | J | 11/17/08 |  | yes | Reports and Reccomendations and Orders   (RE:  Docket 98) |
|  | K | 11/17/08 |  | yes | Reports and Reccomendations and Orders |
|  | L | 11/17/08 |  | yes | Reports and Reccomendations and Orders |
|  | M | 11/17/08 |  | yes | Motion for Post Conviction Collateral Relief, |
|  | N | 11/17/08 |  | yes | Petition to withdraw as Counsel. |
|  | O | 11/17/08 |  | yes | Order 11/28/08 Denying Petition for Post Conviction Relief Act |
| 31 |  | 11/17/08 |  | yes | Court Case - |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

| | | | | | |
|---|---|---|---|---|---|
| | P | 11/17/08 | | yes | Statutory citation |
| | Q | 11/17/08 | | yes | Plaintiff's motion for SJ 02-1703 |
| | R | 11/17/08 | | yes | Misconduct Appeal #A469506 |
| 32 | | 11/17/08 | | yes | Comonwealth or PA v. Anderson |
| 33 | | 11/17/08 | | yes | Petition for Post-Conviction Collateral Relief |
| 34 | | 11/17/08 | | yes | Second Level Appeal #A469506 |
| 35 | | 11/17/08 | | yes | Inmate's Request to Staff Member, Date Stamped  9/16/03 |
| 36 | | 11/17/08 | | yes | Policy Statement - Inmate Grievance System - DC ACM 804 |
| 37 | | 11/17/08 | | yes | Inmate's Request to Staff Member - 10/8/03 |
| 38 | | 11/17/08 | | yes | Defendant's response to Plaintiffs First Set of Admissions to Defendant Stickman |
| 39 | | 11/18/08 | | yes | Grievance Appeals Documents - 10/23/03    #63417 |
| 41 | | 11/18/08 | | yes | Final Appeal in Misconduct |
| 46 | | 11/18/08 | | yes | |
| 42 | | 11/18/08 | | yes | letter to Stickman |
| 43 | | 11/18/08 | | yes | letter to Stickman |
| 44 | | 11/18/08 | | yes | letter to Stickman |
| 31A | | | | yes | Evidence Control |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages