# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE JACOBS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 04-1366** |
| | ) | |
| **THOMAS McCONNELL; CAROL SCIRE;** | ) | |
| **GREGORY GIDDENS; ALLEN** | ) | |
| **LYNCH; ROBERT BITTNER;** | ) | |
| **CAPTAIN J. SIMPSON; KRISTIN P.** | ) | |
| **RESSING; MICHAEL FERSON;** | ) | |
| **SHELLY MANKEY; WILLIAM** | ) | |
| **STICKMAN; FRANK CHERICO;** | ) | |
| **DAVID McCOY; JEFFREY BEARD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## VERDICT SLIP

1. Plaintiff's claim for interfering with his right to access the courts in violation of section 1983 ("Access Claim").

      a. With respect to defendant Thomas McConnell

          ___✓___ for Plaintiff            _____ for Defendant

      b. With respect to defendant Carol Scire

          _____ for Plaintiff            ___✓___ for Defendant

c. **With respect to defendant Gregory Giddens**

    ___✓___ **for Plaintiff**       _____ **for Defendant**

d. **With respect to defendant Allen Lynch**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

e. **With respect to defendant Robert Bittner**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

f. **With respect to defendant Captain J. Simpson**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

g. **With respect to defendant Kristin P. Ressing**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

h. **With respect to Michael Ferson**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

i. **With respect to Shelly Mankey**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

j. **With respect to William Stickman**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

k. **With respect to defendant Frank Cherico**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

l. **With respect to defendant David McCoy**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

m. **With respect to defendant Jeffrey Beard**

    _____ **for Plaintiff**       ___✓___ **for Defendant**

2. **Plaintiff's claim for conspiracy in violation of section 1983 ("Conspiracy Claim").**

  a. **With respect to defendant Thomas McConnell**

     ✓ for Plaintiff       _____ for Defendant

  b. **With respect to defendant Carol Scire**

     ✓ for Plaintiff       _____ for Defendant

  c. **With respect to defendant Gregory Giddens**

     ✓ for Plaintiff       _____ for Defendant

  d. **With respect to defendant Allen Lynch**

     _____ for Plaintiff       ✓ for Defendant

  e. **With respect to defendant Robert Bittner**

     _____ for Plaintiff       ✓ for Defendant

  f. **With respect to defendant Captain J. Simpson**

     _____ for Plaintiff       ✓ for Defendant

  g. **With respect to defendant Kristin P. Ressing**

     _____ for Plaintiff       ✓ for Defendant

  h. **With respect to Michael Ferson**

     _____ for Plaintiff       ✓ for Defendant

  i. **With respect to Shelly Mankey**

     _____ for Plaintiff       ✓ for Defendant

  j. **With respect to William Stickman**

     _____ for Plaintiff       ✓ for Defendant

k.  With respect to defendant Frank Cherico

_____ for Plaintiff                    \_\_✓\_\_ for Defendant

l.  With respect to defendant David McCoy

_____ for Plaintiff                    \_\_✓\_\_ for Defendant

m.  With respect to defendant Jeffrey Beard

_____ for Plaintiff                    \_\_✓\_\_ for Defendant


3.  **Plaintiff's claim for retaliation in violation of section 1983 ("Retaliation Claim").**

a.  With respect to defendant Thomas McConnell

\_\_✓\_\_ for Plaintiff                    _____ for Defendant

b.  With respect to defendant Carol Scire

\_\_✓\_\_ for Plaintiff                    _____ for Defendant

c.  With respect to defendant Gregory Giddens

\_\_✓\_\_ for Plaintiff                    _____ for Defendant

d.  With respect to defendant Allen Lynch

_____ for Plaintiff                    \_\_✓\_\_ for Defendant

e.  With respect to defendant Robert Bittner

_____ for Plaintiff                    \_\_✓\_\_ for Defendant

f.  With respect to defendant Captain J. Simpson

_____ for Plaintiff                    \_\_✓\_\_ for Defendant

4

g. **With respect to defendant Kristin P. Ressing**

_____ for Plaintiff        ✓ for Defendant

h. **With respect to Michael Ferson**

_____ for Plaintiff        ✓ for Defendant

i. **With respect to Shelly Mankey**

_____ for Plaintiff        ✓ for Defendant

j. **With respect to William Stickman**

_____ for Plaintiff        ✓ for Defendant

k. **With respect to defendant Frank Cherico**

_____ for Plaintiff        ✓ for Defendant

l. **With respect to defendant David McCoy**

_____ for Plaintiff        ✓ for Defendant

m. **With respect to defendant Jeffrey Beard**

_____ for Plaintiff        ✓ for Defendant

4. **Plaintiff's defamation claim against Gregory Giddens.**

✓ for Plaintiff        _____ for Defendant

5. **If you found in favor of plaintiff with respect to any defendant on any claim, set forth the amount of compensatory damages, nominal damages, and punitive damages, if any, you award against that defendant. Do not provide any amount against a defendant unless you checked the line "for Plaintiff" with respect to that defendant with respect to that particular claim. Instead you should leave the item blank or mark it not applicable i.e. N/A. Remember, do not duplicate damages among defendants or among claims.**

5

a. **With respect to defendant Thomas McConnell**

(i) **With respect to Claim 1 - the Access Claim**

Compensatory damages

Amount awarded for Mental Harm[1]          $ _5,000.00_

Amount awarded for Property Damage[2]      $ _5,000.00_

Nominal damages[3]                         $ _∅_

Punitive damages[4]                        $ _5,000.00_

(ii) **With respect to the Claim 2 - the Conspiracy Claim**

Compensatory damages

Amount awarded for Mental Harm             $ _5,000.00_

Amount awarded for Property Damage         $ _5,000.00_

Nominal damages                            $ _∅_

Punitive damages                           $ _5,000.00_

(iii) **With respect to the Claim 3 - the Retaliation Claim**

Compensatory damages

Amount awarded for Mental Harm             $ _5,000.00_

Amount awarded for Property Damage         $ _5,000.00_

Nominal damages                            $ _∅_

Punitive damages                           $ _5,000.00_

---

[1]      Damages for Mental Harm are described at paragraph 4, page 34 of the "Courts Instructions to the Jury."

[2]      Damages for Property Damage are described at paragraph 5, page 34 of the "Court's Instructions to the Jury."

[3]      If you return a verdict for the plaintiff against a particular defendant for a particular claim, but the plaintiff has failed to prove compensatory damages with respect to that claim, then you must award nominal damages of $ 1.00.

[4]      You may only award punitive damages against a defendant for a particular claim, if you find that defendant liable to plaintiff with respect to that claim, and you find that defendant's conduct met the requirements for punitive damages set forth on pages 35-39 of the "Court's Instructions to the Jury" with respect to that claim.

**b. With respect to defendant Carol Scire**

    **(i) With respect to Claim 1 - the Access Claim**

        Compensatory damages

            Amount awarded for Mental Harm    $ _____

            Amount awarded for Property Damage  $ _____

        Nominal damages    $ _____

        Punitive damages    $ _____

    **(ii) With respect to the Claim 2 - the Conspiracy Claim**

        Compensatory damages

            Amount awarded for Mental Harm    $ 5,000.00

            Amount awarded for Property Damage  $ Ø

        Nominal damages    $ Ø

        Punitive damages    $ 5,000.00

    **(iii) With respect to the Claim 3 - the Retaliation Claim**

        Compensatory damages

            Amount awarded for Mental Harm    $ 5,000.00

            Amount awarded for Property Damage  $ Ø

        Nominal damages    $ Ø

        Punitive damages    $ 5,000.00

**c. With respect to defendant Gregory Giddens**

    **(i) With respect to Claim 1 - the Access Claim**

        Compensatory damages

            Amount awarded for Mental Harm    $ 10,000.00

            Amount awarded for Property Damage  $ 10,000.00

        Nominal damages    $ Ø

        Punitive damages    $ 10,000.00

(ii) **With respect to the Claim 2 - the Conspiracy Claim**

    Compensatory damages

        Amount awarded for Mental Harm      $ _10,000.00_

        Amount awarded for Property Damage    $ _10,000.00_

    Nominal damages      $ _Ø_

    Punitive damages      $ _10,000.00_

(iii) **With respect to the Claim 3 - the Retaliation Claim**

    Compensatory damages

        Amount awarded for Mental Harm      $ _10,000.00_

        Amount awarded for Property Damage    $ _10,000.00_

    Nominal damages      $ _Ø_

    Punitive damages      $ _10,000.00_

(iv) **With respect to Claim 4 - the Defamation Claim**

        Amount awarded for Harm to Reputation    $ _10,000.00_

        Amount for Mental Anguish and Humiliation    $ _10,000.00_

        Special Damages or Punitive damages    $ _10,000.00_

d. **With respect to defendant Allen Lynch**

  (i) **With respect to Claim 1 - the Access Claim**

    Compensatory damages

        Amount awarded for Mental Harm      $ _____

        Amount awarded for Property Damage    $ _____

    Nominal damages      $ _____

    Punitive damages      $ _____

  (ii) **With respect to the Claim 2 - the Conspiracy Claim**

    Compensatory damages

        Amount awarded for Mental Harm      $ _____

        Amount awarded for Property Damage    $ _____

8

Nominal damages                                             $_____

Punitive damages                                            $_____


(iii) With respect to the Claim 3 - the Retaliation Claim

    Compensatory damages

        Amount awarded for Mental Harm        $_____

        Amount awarded for Property Damage    $_____

    Nominal damages                                         $_____

    Punitive damages                                        $_____


e. With respect to defendant Robert Bittner

    (i) With respect to Claim 1 - the Access Claim

        Compensatory damages

            Amount awarded for Mental Harm        $_____

            Amount awarded for Property Damage    $_____

        Nominal damages                                     $_____

        Punitive damages                                    $_____


    (ii) With respect to the Claim 2 - the Conspiracy Claim

        Compensatory damages

            Amount awarded for Mental Harm        $_____

            Amount awarded for Property Damage    $_____

        Nominal damages                                     $_____

        Punitive damages                                    $_____


    (iii) With respect to the Claim 3 - the Retaliation Claim

        Compensatory damages

            Amount awarded for Mental Harm        $_____

            Amount awarded for Property Damage    $_____

        Nominal damages                                     $_____

        Punitive damages                                    $_____

**f. With respect to defendant Captain J. Simpson**

    **(i) With respect to Claim 1 - the Access Claim**

        **Compensatory damages**

| | |
|---|---|
| Amount awarded for Mental Harm | $_____ |
| Amount awarded for Property Damage | $_____ |
| Nominal damages | $_____ |
| Punitive damages | $_____ |

    **(ii) With respect to the Claim 2 - the Conspiracy Claim**

        **Compensatory damages**

| | |
|---|---|
| Amount awarded for Mental Harm | $_____ |
| Amount awarded for Property Damage | $_____ |
| Nominal damages | $_____ |
| Punitive damages | $_____ |

    **(iii) With respect to the Claim 3 - the Retaliation Claim**

        **Compensatory damages**

| | |
|---|---|
| Amount awarded for Mental Harm | $_____ |
| Amount awarded for Property Damage | $_____ |
| Nominal damages | $_____ |
| Punitive damages | $_____ |

**g. With respect to defendant Kristin P. Ressing**

    **(i) With respect to Claim 1 - the Access Claim**

        **Compensatory damages**

| | |
|---|---|
| Amount awarded for Mental Harm | $_____ |
| Amount awarded for Property Damage | $_____ |
| Nominal damages | $_____ |
| Punitive damages | $_____ |

**(ii) With respect to the Claim 2 - the Conspiracy Claim**

    **Compensatory damages**

        **Amount awarded for Mental Harm**      $_____

        **Amount awarded for Property Damage**      $_____

    **Nominal damages**      $_____

    **Punitive damages**      $_____

**(iii) With respect to the Claim 3 - the Retaliation Claim**

    **Compensatory damages**

        **Amount awarded for Mental Harm**      $_____

        **Amount awarded for Property Damage**      $_____

    **Nominal damages**      $_____

    **Punitive damages**      $_____

**h.  With respect to Michael Ferson**

    **(i) With respect to Claim 1 - the Access Claim**

        **Compensatory damages**

            **Amount awarded for Mental Harm**      $_____

            **Amount awarded for Property Damage**      $_____

        **Nominal damages**      $_____

        **Punitive damages**      $_____

    **(ii) With respect to the Claim 2 - the Conspiracy Claim**

        **Compensatory damages**

            **Amount awarded for Mental Harm**      $_____

            **Amount awarded for Property Damage**      $_____

        **Nominal damages**      $_____

        **Punitive damages**      $_____

    **(iii) With respect to the Claim 3 - the Retaliation Claim**

        **Compensatory damages**

            **Amount awarded for Mental Harm**      $_____

11

| | |
|---|---|
| Amount awarded for Property Damage | $_____ |
| Nominal damages | $_____ |
| Punitive damages | $_____ |

i. **With respect to Shelly Mankey**

    (i) **With respect to Claim 1 - the Access Claim**

        **Compensatory damages**

| | |
|---|---|
| Amount awarded for Mental Harm | $_____ |
| Amount awarded for Property Damage | $_____ |
| Nominal damages | $_____ |
| Punitive damages | $_____ |

    (ii) **With respect to the Claim 2 - the Conspiracy Claim**

        **Compensatory damages**

| | |
|---|---|
| Amount awarded for Mental Harm | $_____ |
| Amount awarded for Property Damage | $_____ |
| Nominal damages | $_____ |
| Punitive damages | $_____ |

    (iii) **With respect to the Claim 3 - the Retaliation Claim**

        **Compensatory damages**

| | |
|---|---|
| Amount awarded for Mental Harm | $_____ |
| Amount awarded for Property Damage | $_____ |
| Nominal damages | $_____ |
| Punitive damages | $_____ |

j. **With respect to William Stickman**

    (i) **With respect to Claim 1 - the Access Claim**

        **Compensatory damages**

| | |
|---|---|
| Amount awarded for Mental Harm | $_____ |
| Amount awarded for Property Damage | $_____ |
| Nominal damages | $_____ |

Punitive damages                                    $_____

**(ii) With respect to the Claim 2 - the Conspiracy Claim**
  **Compensatory damages**
      Amount awarded for Mental Harm        $_____
      Amount awarded for Property Damage    $_____
  Nominal damages                          $_____
  Punitive damages                         $_____

**(iii) With respect to the Claim 3 - the Retaliation Claim**
  **Compensatory damages**
      Amount awarded for Mental Harm        $_____
      Amount awarded for Property Damage    $_____
  Nominal damages                          $_____
  Punitive damages                         $_____

**k.  With respect to defendant Frank Cherico**
  **(i) With respect to Claim 1 - the Access Claim**
    **Compensatory damages**
        Amount awarded for Mental Harm      $_____
        Amount awarded for Property Damage  $_____
    Nominal damages                        $_____
    Punitive damages                       $_____

  **(ii) With respect to the Claim 2 - the Conspiracy Claim**
    **Compensatory damages**
        Amount awarded for Mental Harm      $_____
        Amount awarded for Property Damage  $_____
    Nominal damages                        $_____
    Punitive damages                       $_____

(iii) With respect to the Claim 3 - the Retaliation Claim

    Compensatory damages

        Amount awarded for Mental Harm      $_____

        Amount awarded for Property Damage    $_____

    Nominal damages      $_____

    Punitive damages      $_____

l.  With respect to defendant David McCoy

    (i) With respect to Claim 1 - the Access Claim

        Compensatory damages

            Amount awarded for Mental Harm      $_____

            Amount awarded for Property Damage    $_____

        Nominal damages      $_____

        Punitive damages      $_____

    (ii) With respect to the Claim 2 - the Conspiracy Claim

        Compensatory damages

            Amount awarded for Mental Harm      $_____

            Amount awarded for Property Damage    $_____

        Nominal damages      $_____

        Punitive damages      $_____

    (iii) With respect to the Claim 3 - the Retaliation Claim

        Compensatory damages

            Amount awarded for Mental Harm      $_____

            Amount awarded for Property Damage    $_____

        Nominal damages      $_____

        Punitive damages      $_____

m.  With respect to defendant Jeffrey Beard

    (i) With respect to Claim 1 - the Access Claim

        Compensatory damages

14

**Amount awarded for Mental Harm**     $_____

**Amount awarded for Property Damage**     $_____

**Nominal damages**     $_____

**Punitive damages**     $_____

**(ii) With respect to the Claim 2 - the Conspiracy Claim**

**Compensatory damages**

**Amount awarded for Mental Harm**     $_____

**Amount awarded for Property Damage**     $_____

**Nominal damages**     $_____

**Punitive damages**     $_____

**(iii) With respect to the Claim 3 - the Retaliation Claim**

**Compensatory damages**

**Amount awarded for Mental Harm**     $_____

**Amount awarded for Property Damage**     $_____

**Nominal damages**     $_____

**Punitive damages**     $_____

**Members of the Jury**

1. _____
Foreperson

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

Dated: _____11-24-08_____