IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE JACOBS, )<br>  )<br>       Plaintiff, )<br>  )   Case No. 04-1366<br>  v. )<br>  )<br>PENNSYLVANIA DEPARTMENT OF )<br>CORRECTIONS, JEFFERY A. BEARD, )<br>et al., )<br>       Defendants. ) | |

## ORDER

**AND NOW,** this 11th day of December, 2009,

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(e)(1) and the order of court dated March 24, 1999, entered pursuant to the resolution of the Board of Judges of the United States District Court for the Western District of Pennsylvania <u>In re: Funding of Plan for the Appointment of Counsel in Select Pro Se Prisoner Civil Rights Actions</u> (Miscellaneous No. 99-95), the Clerk of Court, on behalf of the Allegheny County Bar Foundation of the Allegheny County Bar Association is directed to request a lawyer to consider entering an appearance on behalf of the plaintiff in the above-captioned case, only with respect to pending post-trial motions (Docket Nos. 196, 198 and 199).

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to provide counsel with a copy of the trial transcript, all post-trial motions and responses that exist and shall provide counsel with any additional pleadings or documents as requested by counsel. Responses due by plaintiff, Andre Jacobs will not be due until thirty days after counsel is appointed.

By the court,

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
United States District Judge