# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

11-2832 / 11-2871

Andre Jacobs v. PA Dept Corr, et al

2-04-cv-01366

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  June 27, 2012

cc:     Susan J. Forney, Esq.
        Thomas S. Jones, Esq.
        Peter D. Laun, Esq.
        Kemal A. Mericli, Esq.
        Cary M. Snyder, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.